## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:16-cv-02792- KMT

Paul Montgrain,

    Plaintiff/Movant,

Medicredit, Inc.,

    Defendant.

## **STIPULATION OF DISMISSAL**

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Paul Montgrain | Medicredit, Inc. |
|---|---|
|    */s/ Jenny DeFrancisco* |  */s/ Jamie N. Cotter* |
| Jenny DeFrancisco, Esq. | Jamie N. Cotter, Esq. |
| Lemberg Law, LLC | SPENCER FANE LLP |
| 43 Danbury Road, Third Floor | 1700 Lincoln Street, Suite 2000 |
| Wilton, CT 06897 | Denver, CO 80203 |
| Telephone: (203) 653-2250 | Telephone: (303) 839-3800 |
| jdefrancisco@lemberglaw.com | jcotter@spencerfane.com |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |

_____

SO ORDERED

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 23, 2017, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Colorado Electronic Document Filing System (ECF) and that the document is available on the ECF system.

Jamie N. Cotter, Esq.
SPENCER FANE LLP
1700 Lincoln Street, Suite 2000
Denver, CO 80203
*Attorney for Defendant*

            By */s/ Jenny DeFrancisco*_____
             Jenny DeFrancisco, Esq.